Dolly M. Trompeter(CSBN 235784)
Attorney At Law
2261 Market Street, No. 185
San Francisco, CA 94114
Telephone:     415 271-8604
Fax:           415 431-0279

Attorney for Plaintiff <u>Lakisha Hampton obo A.S. (minor child)</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LAKISHA HAMPTON obo A.S. (Minor child)** | ) | Civil No. 08-1334 |
| | ) | |
| | ) | **STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| Plaintiff, | ) | |
| v. | ) | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 30 days in which to file her motion for summary judgment. Plaintiff's motion, which was formerly due on July 28, 2008 will now be due on August 27, 2008. This extension is necessary to provide further opportunity for review and analysis of this case.

1

This is Plaintiff's first request for an extension.

Dated: July 22, 2008        /s/ *Dolly M. Trompeter*

                                      DOLLY M. TROMPETER, ESQ.
                                      Attorney for Plaintiff

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

Dated: July 22, 2008     By: /s/ *Elizabeth Firer*
                                  *(as authorized via email on July 22, 2008)*
                                      ELIZABETH FIRER, ESQ.
                                      Special Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have an additional 30 days in which to file her motion for summary judgment, up to and including August 27, 2008.

Dated: July 23, 2008        _____
                                      THE HONORABLE SAMUEL CONTI
                                      United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*