```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  LUCILLE GONZALES MEIS, SBN CO 15153
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    ELIZABETH FIRER, SBN WI 1034148
 4  Special Assistant United States Attorney
            333 Market Street, Suite 1500
 5          San Francisco, California 94105
            Telephone:  (415) 977-8937
 6          Facsimile:  (415) 744-0134

 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKISHA HAMPTON, obo A.S.<br>(a minor child),<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. C-08-1334 SC<br><br>STIPULATION AND ORDER FOR REMAND |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  The purpose of the remand is to offer Plaintiff a new hearing before an Administrative Law Judge (ALJ) and decision.

    Upon remand, the ALJ will be directed to reassess the opinions of treating pediatric orthopedic surgeon, Eliana D. Delgado, M.D., and the opinion of treating generalist, Clementina L. Manio, M.D.  If the ALJ does not find that the opinions of either of these doctors are entitled to controlling weight, the ALJ must explain, in accordance with the regulation and case law, the basis for the weight he ascribes to the opinions.  The ALJ will be directed to update the record by obtaining medical records and school reports.  The ALJ will be directed to further evaluate the testimony and/or statements from the claimant's mother.  Finally, if necessary, the ALJ will obtain relevant medical expert testimony to assist in determining whether the claimant's impairment meets or equals any of the impairments listed in 20 C.F.R., Part 404, Subpt. P, App. 1 (the Listings).

1
2   Dated: August 12, 2008           /s/ *Dolly M. Trompeter*
                                       (*As authorized via email*)
3                                    DOLLY M. TROMPETER
                                     Attorney for Plaintiff
4
5                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
6
7   Dated: August 7, 2008           By:/s/ *Elizabeth Firer*
                                     ELIZABETH FIRER
8                                    Special Assistant United States Attorney
9
10  PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the
11  Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further
12  proceedings.
13
14
15  Dated:   8/18/08
16                                   SAN
                                     United States District Judge
17
18
...
28

2