```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER, SBN WI 1034148
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8937
    Facsimile: (415) 744-0134
    Email: Elizabeth.Firer@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAKISHA HAMPTON, obo A.S. (a minor child),<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. C-08-1334 SC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, (EAJA) in the amount of TWO THOUSAND, TWENTY-FIVE DOLLARS ($2,025.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by the attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d), and all costs associated with the civil action, in accordance with 28 U.S.C. § 2414. Payment shall be mailed to directly to counsel.

　　　　This stipulation does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed upon amounts shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA attorney fees and costs in connection with this action. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney

1  fees, under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

3  Dated: November 13, 2008        /s/ *Dolly M. Trompeter*
                                     (*As authorized via email*)
4                                   DOLLY M. TROMPETER
                                    Attorney for Plaintiff

6                                   JOSEPH P. RUSSONIELLO
                                    United States Attorney

8  Dated: November 13, 2008     By:/s/ *Elizabeth Firer*
                                    ELIZABETH FIRER
9                                   Special Assistant United States Attorney

11 PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in

12 the amount of TWO THOUSAND, TWENTY-FIVE DOLLARS ($2,025.00), as authorized by 28

13 U.S.C. § 2412(d) subject to the terms of the above-referenced Stipulation.

17 Dated:   11/14/08                 _____
                                    SAMUEL CONTI
18                                  United States District Judge